PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee
Report on Offender Under Supervision

Name of Offender: Corey Booker                           Case Number: 3:06-00201-01

Name of Sentencing Judicial Officer: Honorable William J. Haynes, Jr., Chief U.S. District Judge

Date of Original Sentence: July 2, 2007

Original Offense: Cts. 1 & 2 - Felon in Possession of a Firearm, 18 U.S.C. 922(g)(1) and 924.

Original Sentence: 77 months' custody followed by 3 years' Supervised Release

Type of Supervision: Supervised Release                  Date Supervision Commenced: April 6, 2012

Assistant U.S. Attorney: S. Carran Daughtrey             Defense Attorney: Mariah Wooten

---

THE COURT ORDERS:

☒ No Action   *as recommended*
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this _____ day of _____, 2013, and made a part of the records in the above case.

_____
Honorable William J. Haynes, Jr.
Chief U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Lisa A. Capps
Sr. U.S. Probation Officer

Place:   Columbia, Tennessee

Date:    April 14, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **The defendant shall refrain from any unlawful use of a controlled substance:**

   On June 3, 2013, Mr. Booker submitted a urine sample at the U.S. Probation Office which tested positive for marijuana. Mr. Booker denied any use of this substance.

### Compliance with Supervision Conditions and Prior Interventions:

Corey Booker is a resident of Davidson County, Tennessee, and has been under the federal supervision of the U.S. Probation Office since April 6, 2012. He is employed doing janitorial work. He lives with his girlfriend in Goodlettsville, Tennessee. The probation officer completes frequent surprise home visits at the offender's residence.

Mr. Booker was referred to Centerstone, Madison, Tennessee, in April 2012. An intake assessment was completed on May 1, 2012, and no substance abuse treatment was recommended at that time. He was placed in Phase 1 of the Code-a-Phone program for drug testing at the U.S. Probation Office in Nashville, Tennessee. Mr. Booker had been advised on June 3, 2013, prior to submitting the positive urine screen that he was being removed from the Code-a-Phone program as he had no positive screens to that point. He was placed on random urine screens, which would require him to submit a urine screen when notified by the probation officer to do so. Later that same day, he submitted the positive urine screen. When questioned about the positive urine screen on June 3, 2013, he denied any use. On June 12, 2013, this officer spoke with him about the positive urine screen and he continued to deny use. Mr. Booker advised that he had been with some other people who had been smoking marijuana, but he had not smoked it. Mr. Booker was re-instructed as to all his conditions, and specifically instructed not to possess or use illegal substances. Mr. Booker understands that any future illegal drug use will most likely result in a request for a summons and a recommendation for revocation. Mr. Booker's drug testing will be increased to the most intensive level as a result of this new violation.

Since Mr. Booker began his term of supervised release on April 6, 2012, he has submitted 20 urine samples, of which one has been positive for marijuana.

### U.S. Probation Officer Recommendation:

At this time, the probation officer is requesting that no action be taken by the Court. It is recommended Mr. Booker continue on supervised release and undergo increased monitoring by the probation officer, and that this violation be held in abeyance. Any additional violations will be reported to the Court in a timely manner.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: *[signature]*
Burton Putman
Supervisory U.S. Probation Officer