PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee
Report on Offender Under Supervision

3:06-00207

Name of Offender: Corey Booker         Case Number: 3:06-00201-01

Name of Sentencing Judicial Officer: Honorable William J. Haynes, Jr., Chief U.S. District Judge

Date of Original Sentence: July 2, 2007

Original Offense: Cts. 1 & 2 - Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924.

Original Sentence: 77 months' custody followed by 3 years' Supervised Release

Type of Supervision: Supervised Release         Date Supervision Commenced: April 6, 2012

Assistant U.S. Attorney: S. Carran Daughtrey         Defense Attorney: Mariah Wooten

---

**THE COURT ORDERS:**

☒ No Action *as recommended* /sw/
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 18th day of
July, 2013, and made a part of the records
in the above case.

_____
Honorable William J. Haynes, Jr.
Chief U. S. District Judge

I declare under penalty of perjury that
the foregoing is true and correct.
Respectfully submitted,

_Lisa Capps_ /bc
Lisa A. Capps
Sr. U.S. Probation Officer

Place:   Columbia, Tennessee

Date:    July 16, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

**1.**          **The defendant shall refrain from any unlawful use of a controlled substance:**

On June 27, 2013, Mr. Booker submitted a urine sample at the U.S. Probation Office which tested positive for marijuana. Mr. Booker initially denied any use of this substance.

**2.**          **The defendant shall participate in a drug testing program as directed by the probation officer:**

On June 20, 2013, June 26, 2013, and July 2, 2013, Mr. Booker failed to report for random urine screens.

**Compliance with Supervision Conditions and Prior Interventions:**

Corey Booker is a resident of Davidson County, Tennessee, and has been under the federal supervision of the U.S. Probation Office since April 6, 2012. He is employed doing janitorial work. He lives with his girlfriend in Goodlettsville, Tennessee. The probation officer completes frequent surprise home visits at the offender's residence.

Mr. Booker was referred to Centerstone, Madison, Tennessee, in April 2012. An intake assessment was completed on May 1, 2012, and no substance abuse treatment was recommended at that time. He was placed in Phase 1 of the Code-a-Phone program for drug testing at the U.S. Probation Office in Nashville, Tennessee. Mr. Booker had been advised on June 3, 2013, prior to submitting the positive urine screen that he was being removed from the Code-a-Phone program as he had no positive screens to that point. He was placed on random urine screens, which would require him to submit a urine screen when notified by the probation officer to do so. Later that same day, he submitted the positive urine screen.

A 12A petition was submitted notifying the Court of Mr. Booker's positive urine screen and recommending no action at that time. Said petition was signed by Your Honor on June 17, 2013, ordering no action and that the violation be held in abeyance.

Mr. Booker failed to report for a random urine screen on June 20, 2013. When this officer talked with him, he indicated that it had "slipped" his mind that day as he had to be somewhere after work. He reported the following day, and submitted a urine screen that tested negative. On June 26, 2013, Mr. Booker failed to report for another random urine screen. On June 27, 2013, this officer directed him to report to the probation office and submit a urine screen. That urine screen tested positive for marijuana. Mr. Booker then missed a third urine screen on July 2, 2013. On July 3, 2013, this officer talked with Mr. Booker and he advised that he did not have transportation the day before, but would report that day after work. He was also questioned about the positive urine screen from June 27, 2013, and he admitted that he had used marijuana on June 25, 2013, and would like to get drug treatment. A referral for group substance abuse counseling was submitted to Centerstone on July 3, 2013. Mr. Booker was re-instructed as to all his conditions, and specifically instructed not to possess or use illegal substances. Mr. Booker understands that any future illegal drug use will most likely result in a request for a summons and a recommendation for revocation. Mr. Booker continues to be drug tested at the most intensive level.

Since Mr. Booker began his term of supervised release on April 6, 2012, he has submitted 24 urine samples, of which two have been positive for marijuana.

## U.S. Probation Officer Recommendation:

At this time, the probation officer is requesting that no action be taken by the Court, so that Mr. Booker can participate in substance abuse treatment. It is recommended Mr. Booker continue on supervised release and undergo increased monitoring by the probation officer, and that this violation be held in abeyance. Any additional violations will be reported to the Court in a timely manner.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
Burton Putman
Supervisory U.S. Probation Officer