PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee
Report on Offender Under Supervision

Name of Offender: Corey Booker    Case Number: 3:06-00201-01  3:06-00207

Name of Sentencing Judicial Officer: Honorable William J. Haynes, Jr., Chief U.S. District Judge

Date of Original Sentence: July 2, 2007

Original Offense: Cts. 1 & 2 - Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924.

Original Sentence: 77 months' custody followed by 3 years' Supervised Release

Type of Supervision: Supervised Release    Date Supervision Commenced: April 6, 2012

Assistant U.S. Attorney: S. Carran Daughtrey    Defense Attorney: Mariah Wooten

---

THE COURT ORDERS:

☒ No Action  *as recommended*
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 28th day of August, 2013, and made a part of the records in the above case.

_____
Honorable William J. Haynes, Jr.
Chief U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Lisa A. Capps
Sr. U.S. Probation Officer

Place:  Columbia, Tennessee

Date:   August 26, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.     Nature of Noncompliance

**1.**     **The defendant shall not commit another federal, state, or local crime:**

On July 22, 2013, Mr. Booker was cited by the Metropolitan Nashville Police Department, Nashville, Tennessee, for Driving on a Revoked License.

**2.**     **The defendant shall participate in a drug testing program as directed by the probation officer:**

On August 7, 2013, and August 20, 2013, Mr. Booker failed to report for random urine screens. In each instance, Mr. Booker reported the following day to submit a urine screen.

**Compliance with Supervision Conditions and Prior Interventions:**

Corey Booker is a resident of Davidson County, Tennessee, and has been under the federal supervision of the U.S. Probation Office since April 6, 2012. Mr. Booker is employed and lives with his girlfriend in Goodlettsville, Tennessee. The probation officer completes frequent surprise home visits at the offender's residence.

Mr. Booker was referred to Centerstone, Madison, Tennessee, in April 2012. An intake assessment was completed on May 1, 2012, and no substance abuse treatment was recommended at that time. He was placed in Phase 1 of the Code-a-Phone program for drug testing at the U.S. Probation Office in Nashville, Tennessee. Mr. Booker had been advised on June 3, 2013, prior to submitting the positive urine screen that he was being removed from the Code-a-Phone program as he had no positive screens to that point. He was placed on random urine screens, which would require him to submit a urine screen when notified by the probation officer to do so. Later that same day, he submitted the positive urine screen. On July 31, 2013, Mr. Booker was referred to Centerstone for an intake assessment. The assessment was completed on August 7, 2013, and recommended Mr. Booker be placed in Phase 1 of the LIOP substance abuse counseling program beginning on August 28, 2013.

A 12A petition was submitted notifying the Court of Mr. Booker's positive urine screen and recommending no action at that time. Said petition was signed by Your Honor on June 17, 2013, ordering no action and that the violation be held in abeyance.

On July 16, 2013, a 12A petition was submitted notifying the Court of Mr. Booker's positive urine screen on June 27, 2013, and missed random urine screens on June 20, 2013, June 26, 2013, and July 2, 2013. Said petition was signed by Your Honor on July 18, 2013, ordering no action.

On August 6, 2013, another 12A petition was submitted notifying the Court of Mr. Booker's positive urine test on July 30, 2013, and missed urine screen on July 16, 2013. Said petition was signed by Your Honor on August 7, 2013, ordering no action.

Mr. Booker continues to be drug tested at the most intensive level. Since Mr. Booker began his term of supervised release on April 6, 2012, he has submitted 28 urine samples, four of which have been positive for marijuana.

**U.S. Probation Officer Recommendation:**

At this time, the probation officer is requesting that no action be taken by the Court, so that Mr. Booker can participate in substance abuse treatment, which will begin on August 28, 2013. It is recommended Mr. Booker continue on supervised release and undergo increased monitoring by the probation officer, and that these violations be held in abeyance. Any additional violations will be reported to the Court in a timely manner.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
Burton Putman
Supervisory U.S. Probation Officer