IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:06-cr-00207 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| COREY L. BOOKER | ) | |

## ORDER

The revocation hearing previously set in this action for Monday, September 22, 2014 at 4:00 p.m. is reset for **Monday, September 22, 2014 at 10:00 a.m.** in the United States Courthouse in Nashville, Tennessee.

It is so **ORDERED**.

ENTERED this the _8th_ day of September, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge