UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case # 3:06-cr-00207 |
| | ) | JUDGE HAYNES |
| COREY L. BOOKER | ) | |

MOTION TO CONTINUE HEARING

*[handwritten annotation: Granted. This motion to continue will be... 9-19-14]*

The United States of America, by and through S. Carran Daughtrey, Assistant United States Attorney for the Middle District of Tennessee, hereby requests this Court reset the supervised release violation hearing in this case, which currently is set for Monday, September 22, 2014, at 10:00 a.m.

Defendant has completed a 28 day inpatient program recently and currently is in compliance with the conditions of release. The parties and the U.S. Probation Officer, Lisa Capps, are in agreement that such a continuance is appropriate, subject to this Court's approval, to allow defendant to continue on supervised release under the same conditions. Additionally, counsel for defendant, Mariah Wooten, will be unavailable on September 22, 2014, and until the second week of November. She has requested that the hearing be reset approximately 120 days from now.

Wherefore the government respectfully submits this motion requesting the supervised release hearing be reset.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney for the
Middle District of Tennessee

/s/ S. Carran Daughtrey
S. Carran Daughtrey
Assistant U. S. Attorney
110 9th Avenue, South, Suite A-961